IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIQUE MOODY, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REM-KIKS GROUP, LLC, REM-KIKS ADULT DAY CARE SERVICES, INC., REM-KIKS HEALTHCARE SERVICES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  1:12-cv-2756-CAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated:  February 20, 2013

| | |
|---|---|
| */s/ Andrew L. Weiner, Esq.*<br>Andrew L. Weiner<br>Georgia Bar No. 808278<br>aw@atlantaemployeelawyer.com<br>Stacy L. Rushing<br>Georgia Bar No. 557370<br>rushing@atlantaemployeelawyer.com<br>THE WEINER LAW FIRM LLC | */s/ David Long-Daniels, Esq.(w/ permission)*<br>David Long-Daniels, Esq.<br>Georgia Bar No. 141916<br>long-danielsd@gtlaw.com<br>Natasha Wilson, Esq.<br>Georgia Bar No. 371233<br>wilsonn@gtlaw.com |

1

3525 Piedmont Road  
7 Piedmont Center, 3rd Floor  
Atlanta, GA 30305  
Tel: (404) 254-0842  
Fax: (866) 800-1482  

*Attorneys for Plaintiffs*

Brett T. Lane  
Georgia Bar No. 143014  
laneb@gtlaw.com  
GREENBERG TRAURIG, LLP  
Terminus 200  
3333 Piedmont Road, NE  
Suite 2500  
Atlanta, Georgia 30305  
Tel:  678-553-2100  
Fax: 678-553-2157  

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIQUE MOODY, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REM-KIKS GROUP, LLC, REM-KIKS ADULT DAY CARE SERVICES, INC., REM-KIKS HEALTHCARE SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:12-cv-2756-CAP |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2013, I electronically filed the foregoing **Joint Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

David Long-Daniels, Esq.
Natasha Wilson, Esq.
Brett T. Lane, Esq.
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia 30305

2

By: s/Andrew Weiner_____
     Counsel for Plaintiff